# EXHIBIT 1

**SUCCESSOR IN INTEREST DECLARATION OF PROPOSED GUARDIAN AD LITEM KAREN JOSEPHS ON BEHALF OF ARON PHILLIP LEWANDOWSKI'S SUCCESSOR IN INTEREST, S.L., A MINOR**
(Cal. Code Civ. Proc. §§ 377.11, 377.32)

I, KAREN L. JOSEPHS, attest and declare as follows:

1. I am the mother, legal guardian, and proposed guardian ad litem of S.L. a minor. S.L.'s father was ARON PHILLIP LEWANDOWSKI ("Decedent"), who died on March 2, 2023, in the City of Redding and County of Shasta, California.

2. No proceeding is now pending in California for administration of the Decedent's estate.

3. S.L. is the Decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the Decedent's interest in this action.

4. No other person has a superior right to commence the action or proceeding or to be substituted for the Decedent in the pending action or proceeding.

5. A true and correct copy of Decedent's death certificate is attached to this declaration as Exhibit A.

6. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

I declare under penalty of perjury under the laws of the State of California, and pursuant to the laws of the United States, that the foregoing is true and correct.

Dated: Oct 31, 2023

_Karen L. Josephs_
Karen L. Josephs (Oct 31, 2023 18:26 PDT)
KAREN L. JOSEPHS,
As Proposed Guardian ad Litem to S.L.

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SHASTA
2650 BRESLAUER WAY
REDDING, CALIFORNIA 96001

**STATE FILE NUMBER:** 3052023072145
**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)
**LOCAL REGISTRATION NUMBER:** 3202345000577

### DECEDENT'S PERSONAL DATA

| # | Field | Value |
|---|---|---|
| 1 | NAME OF DECEDENT — FIRST (Given) | ARON |
| 2 | MIDDLE | PHILLIP |
| 3 | LAST (Family) | LEWANDOWSKI |
| | AKA. ALSO KNOWN AS | — |
| 4 | DATE OF BIRTH mm/dd/ccyy | 05/19/1978 |
| 5 | AGE Yrs. | 44 |
| 6 | SEX | M |
| 9 | BIRTH STATE/FOREIGN COUNTRY | CA |
| 10 | SOCIAL SECURITY NUMBER | 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 |
| 11 | EVER IN U.S. ARMED FORCES? | NO |
| 12 | MARITAL STATUS/SRDP | DIVORCED |
| 7 | DATE OF DEATH mm/dd/ccyy | 03/02/2023 |
| 8 | HOUR (24 Hours) | 1251 |
| 13 | EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15 | WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | NO |
| 16 | DECEDENT'S RACE | CAUCASIAN |
| 17 | USUAL OCCUPATION | CONSTRUCTION |
| 18 | KIND OF BUSINESS OR INDUSTRY | WOODWORK |
| 19 | YEARS IN OCCUPATION | 20 |

### USUAL RESIDENCE

| # | Field | Value |
|---|---|---|
| 20 | DECEDENT'S RESIDENCE | 918 LEONELLO AVENUE |
| 21 | CITY | LOS ALTOS |
| 22 | COUNTY/PROVINCE | SANTA CLARA |
| 23 | ZIP CODE | 94024 |
| 24 | YEARS IN COUNTY | 30 |
| 25 | STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| # | Field | Value |
|---|---|---|
| 26 | INFORMANT'S NAME, RELATIONSHIP | LISA NUGENT, MOTHER |
| 27 | INFORMANT'S MAILING ADDRESS | 918 LEONELLO AVENUE, LOS ALTOS, CA 94024 |

### SPOUSE/SRDP AND PARENT INFORMATION

| # | Field | Value |
|---|---|---|
| 28 | NAME OF SURVIVING SPOUSE/SRDP – FIRST | — |
| 29 | MIDDLE | — |
| 30 | LAST (BIRTH NAME) | — |
| 31 | NAME OF FATHER/PARENT – FIRST | DARRELL |
| 32 | MIDDLE | STANLEY |
| 33 | LAST | LEWANDOWSKI |
| 34 | BIRTH STATE | CA |
| 35 | NAME OF MOTHER/PARENT – FIRST | LISA |
| 36 | MIDDLE | ANNE |
| 37 | LAST (BIRTH NAME) | LOVETTE |
| 38 | BIRTH STATE | CA |

### FUNERAL DIRECTOR/LOCAL REGISTRAR

| # | Field | Value |
|---|---|---|
| 39 | DISPOSITION DATE mm/dd/ccyy | 04/05/2023 |
| 40 | PLACE OF FINAL DISPOSITION | ALTA MESA MEMORIAL PARK, 695 ARASTRADERO ROAD, PALO ALTO, CA 94306 |
| 41 | TYPE OF DISPOSITION(S) | BURIAL |
| 42 | SIGNATURE OF EMBALMER | JEANETTE C WEINERT |
| 43 | LICENSE NUMBER | EMB9212 |
| 44 | NAME OF FUNERAL ESTABLISHMENT | ALTA MESA FUNERAL HOME |
| 45 | LICENSE NUMBER | FD2054 |
| 46 | SIGNATURE OF LOCAL REGISTRAR | MICHAEL VOVAKES, M.D. MMI |
| 47 | DATE mm/dd/ccyy | 04/05/2023 |

### PLACE OF DEATH

| # | Field | Value |
|---|---|---|
| 101 | PLACE OF DEATH | MERCY MEDICAL CENTER REDDING |
| 102 | IF HOSPITAL, SPECIFY ONE | IP |
| 104 | COUNTY | SHASTA |
| 105 | FACILITY ADDRESS OR LOCATION WHERE FOUND | 2175 ROSALINE AVE |
| 106 | CITY | REDDING |

### CAUSE OF DEATH

| # | Field | Value | Time Interval |
|---|---|---|---|
| 107 | IMMEDIATE CAUSE (A) | ANOXIC BRIAN DEATH | DYS |
| | (B) | LIGATURE ASPHYXIATION | DYS |
| | (C) | HANGING | DYS |
| | (D) | | |
| 108 | DEATH REPORTED TO CORONER? | YES | REFERRAL NUMBER: C23-12 |
| 109 | BIOPSY PERFORMED? | NO | |
| 110 | AUTOPSY PERFORMED? | YES | |
| 111 | USED IN DETERMINING CAUSE? | YES | |
| 112 | OTHER SIGNIFICANT CONDITIONS | NONE | |
| 113 | WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO | |
| 113A | DECEDENT PREGNANT IN LAST YEAR? | NO | |

### PHYSICIAN'S CERTIFICATION

| # | Field | Value |
|---|---|---|
| 114 | I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy; Decedent Last Seen Alive (B) mm/dd/ccyy | |
| 115 | SIGNATURE AND TITLE OF CERTIFIER | |
| 116 | LICENSE NUMBER | |
| 117 | DATE mm/dd/ccyy | |
| 118 | TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | |

### CORONER'S USE ONLY

| # | Field | Value |
|---|---|---|
| 119 | I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | Suicide |
| 120 | INJURED AT WORK? | NO |
| 121 | INJURY DATE mm/dd/ccyy | 02/27/2023 |
| 122 | HOUR (24 Hours) | 2342 |
| 123 | PLACE OF INJURY | OTHER: 701 TOM BELL ROAD |
| 124 | DESCRIBE HOW INJURY OCCURRED | HANGING |
| 125 | LOCATION OF INJURY | 701 TOM BELL ROAD, 701 TOM BELL ROAD, WEAVERVILLE, CA 96093 |
| 126 | SIGNATURE OF CORONER / DEPUTY CORONER | MARIYA SHERMAN |
| 127 | DATE mm/dd/ccyy | 03/29/2023 |
| 128 | TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | MARIYA SHERMAN, DEP CORONER |

STATE REGISTRAR

MICHAEL VOVAKES, M.D. MMI
REGISTRAR OF VITAL STATISTICS
SHASTA COUNTY HHSA/PUBLIC HEALTH

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SHASTA

This is to certify that the above is a true and correct copy of facts recorded regarding the above named individual as registered in this office.

**DATE ISSUED:** APR / 17 / 2023



KAREN C. RAMSTROM DO, MSPH
REGISTRAR OF VITAL STATISTICS
SHASTA COUNTY HHSA/PUBLIC HEALTH

000313996
CASHASTA01

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE